IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01170-MSK-KMT

WAGNER EQUIPMENT CO., a Colorado corporation,

    Plaintiff,

v.

FEDEX FREIGHT, INC., an Arkansas corporation,

    Defendant.

---

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) (**#28**) filed July 10, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendant are hereby dismissed, with prejudice, each party to pay his, her or its own attorney's fees and costs.

DATED this 14th day of July, 2014.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Court